UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
BRAULIO THORNE, :
                    Plaintiff, :
: 23 Civ. 986 (LGS)
       -against- :
: <u>ORDER</u>
PEARL CORPORATION, :
                    Defendant. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an initial pretrial conference in this matter is scheduled for April 5, 2023.

    WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

    **ORDERED** that the April 5, 2023, conference is **CANCELLED.** If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

    **ORDERED** that Defendant's request to bifurcate discovery is **DENIED.** If Defendant seeks to file a motion to dismiss on the basis of lack of subject matter jurisdiction, it shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

    **ORDERED** that, regarding settlement discussions, the parties' request for a referral to a settlement conference before Magistrate Judge Wang is **GRANTED.** The referral will issue in a separate order.

    The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: March 30, 2023
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE