UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRAULIO THORNE,
                        Plaintiff,

                    23 Civ. 986 (LGS)

          -against-

                    ORDER

PEARL CORPORATION,
                        Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Civil Case Management Plan and Scheduling Order, issued March 30, 2023, requires the parties to file a joint status letter by May 30, 2023.

       WHEREAS, no such letter was filed. It is hereby

       **ORDERED** that the parties shall file the required letter as soon as possible and no later than **June 2, 2023**.

Dated: May 31, 2023
       New York, New York

                                              LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE